IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RUBY HALE                                                               PLAINTIFF

V.                                    Civil No.11-2200

UNITED STATES OF AMERICA                              DEFENDANT

CLERK'S ORDER OF STIPULATED DISMISSAL

Now on this 6TH day of February 2013, comes the parties with a Stipulation of dismissal, WITH PREJUDICE.

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all claims are hereby dismissed with prejudice and each party to bear its own costs and fees.

February 6, 2013

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK

BY : /s/ Sallie Hicks, Deputy Clerk